IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel

Civil Action No. 11-cv-02255-BNB

ALI SALEH KAHLAH al-MARRI,

    Applicant,

v.

BLAKE DAVIS, Warden, ADX Florence,

    Respondent.

## ORDER OF ASSIGNMENT

    Applicant, through counsel, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and has paid the $5.00 filing fee.  An initial review having been completed, I direct assignment of the case to Senior Judge Richard P. Matsch, as provided for under D.C.COLO.LCivR 40.1A. for further review and processing of the action.  Accordingly, it is

    ORDERED that this case shall be assigned to Senior Judge Richard P. Matsch, pursuant to D.C.COLO.LCivR 40.1A.

    DATED September 6, 2011, at Denver, Colorado.

    BY THE COURT:

    s/ Wiley Y. Daniel
    WILEY Y. DANIEL, Chief Judge
    United States District Court