**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02255-RPM

ALI SALEH KAHLAH AL-MARRI

       Petitioner,

v.

BLAKE DAVIS, Warden, ADX-Florence

       Respondent.

---

**ORDER**

---

       UPON Petitioner's <u>Unopposed</u> Motion for Leave to File Traverse, filed October 10, 2011, it is

       ORDERED that Petitioner's Motion is granted..  Petitioner must file his Traverse on or before November 15, 2011.

       DATED this 11th day of October 2011.

                                                    BY THE COURT:

                                                  s/Richard P. Matsch
                                                  _____
                                                  Senior District Judge Richard P. Matsch