IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02255-RPM

ALI SALEH KAHLAH AL-MARRI,

    Petitioner,

v.

BLAKE DAVIS, Warden, ADX-Florence,

    Defendant.

_____

## ORDER ALLOWING SURREPLY
_____

    Upon review of Respondent's Motion for Leave to File Surreply to Petitoner's Traverse [10] filed November 29, 2011, it is

    ORDERED that the motion is granted and Respondent's Surreply to Traverse attached thereto is accepted for filing.

    DATED: November 30th, 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge