IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02255-RPM

ALI SALEH KAHLAH AL-MARRI,

    Petitioner,
v.

BLAKE DAVIS, Warden, ADX-Florence,

    Defendant.

_____

ORDER DENYING MOTION FOR RECONSIDERATION
_____

    On March 16, 2012, the Petitioner filed a Motion for Reconsideration and Brief in Support of Motion for Reconsideration [21], arguing that this Court misapprehended his argument that the 71 months should be regarded as "credit already provided for time served against the actual term of imprisonment of 71 months." This Court's ruling was and is that the Bureau of Prisons correctly determined that in awarding good time credits the term of imprisonment began when the sentence was imposed, October 29, 2009. The Petitioner's motion, brief and reply brief refer to recent Supreme Court rulings concerning the type of relief available by a unit of habeas corpus. Assuming that this Court has equitable power to direct the Bureau of Prisons to act contrary to its statutory duty, the request is rejected. The sentencing court has, in effect, addressed the issue of the Petitioner's confinement as a material witness and as an enemy combatant in harsh conditions by its substantial departure from the Sentencing Guidelines. It is

ORDERED that the motion for reconsideration is denied.

DATED: May 4th, 2012

                                     BY THE COURT:

                                     s/Richard P. Matsch

                                     _____
                                     Richard P. Matsch, Senior Judge